No. 10–1208. BENGIS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the

consideration or decision of this petition. 